<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-6914**

TEDDY PYATT,

        Plaintiff – Appellant,

     v.

WILLIAM BYARS, South Carolina Dept of Corr Commissioner;
ROBERT E. WARD, Deputy Dir Div of Operations, in their Ofc
and Ind Capacity,

        Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Beaufort.  David C. Norton, District Judge.
(9:12-cv-00266-DCN-BM)

Submitted:  August 23, 2012     Decided:  August 29, 2012

Before DAVIS, KEENAN, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Teddy Pyatt, Appellant Pro Se.  Andrew Lindemann, DAVIDSON &
LINDEMANN, PA, Columbia, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Teddy Pyatt appeals the district court's order accepting the recommendation of the magistrate judge and denying his motion for a preliminary injunction under 42 U.S.C. § 1983 (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Pyatt v. Byars, No. 9:12-cv-00266-DCN-BM (D.S.C. May 1, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED